[No. 34031-0-I.    Division One.    April 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS CORRASCO-FLOREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-07189-1, Faith Enyeart Ireland, J., entered

January 19, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, A.C.J., and Grosse, J.